**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**  6500 CHERRYWOOD LANE
**UNITED STATES DISTRICT JUDGE**  GREENBELT, MARYLAND 20770
  301-344-0052

# M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *CX Reinsurance Company Limited v. Devon S. Johnson*
  Civil No. RWT-15-3132

DATE: April 25, 2018

\* \* \* \* \* \* \* \* \*

The Court takes notice of Plaintiff's Motion for Leave to File Surreply [ECF No. 141]. Intervenor Devon S. Johnson **SHALL RESPOND** to that Motion on or before **4:00 p.m. on April 30, 2018.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

  /s/
  Roger W. Titus
  United States District Judge