CHAMBERS OF　　　　　　　　　　　　　　　　　　　　　　　　101 WEST LOMBARD STREET
STEPHANIE A. GALLAGHER　　　　　　　　　　　　　　　　　BALTIMORE, MARYLAND 21201
UNITED STATES MAGISTRATE JUDGE　　　　　　　　　　　　 (410) 962-7780
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax (410) 962-1812

May 31, 2018

LETTER TO COUNSEL

        RE:    *CX Reinsurance Company Limited, f/k/a CNA Reinsurance Company Limited v. Devon S. Johnson*; Civil Case No. RWT-15-3132

Dear Counsel:

I have reviewed the parties' most recent correspondence regarding Johnson's request for a telephone conference to discuss CX Re's production obligations pursuant to Judge Titus's May 10, 2018 Order. [ECF Nos. 163, 164]. At this time, I do not believe a telephone conference is necessary. To the extent, however, that CX Re intends to assert privilege over any responsive documents (relating to Kirson or otherwise), CX Re shall submit to me, in writing, its rationale for withholding such documents no later than Wednesday, June 6, 2018.

Despite the informal nature of this letter, it will be flagged as an opinion and docketed as an Order.

                                          Sincerely yours,

                                          /s/

                                          Stephanie A. Gallagher
                                          United States Magistrate Judge

cc: Judge Roger W. Titus (via ECF)