**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES MAGISTRATE JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812

August 24, 2018

LETTER TO COUNSEL

      RE:    *CX Reinsurance Company Limited, f/k/a CNA Reinsurance Company Limited v. Devon S. Johnson*; Civil Case No. RWT-15-3132

Dear Counsel:

Presently pending is Defendant Devon S. Johnson's ("Johnson's") Motion for Attorneys' Fees (ECF 188) and CX Reinsurance Company Limited's ("CX Re's") Conditional Motion for Attorneys' Fees (ECF 189). Importantly, CX Re's request for attorneys' fees is contingent upon the timeliness of Johnson's Motion. *See* ECF 189 ¶ 3 ("CX RE believes that the Court should reject [as untimely] both Johnson's fee motion and this conditional fee motion."). Pursuant to CX Re's request, (*see* ECF 199 at 1 n.1), to save the parties potentially unnecessary expenses, briefing on CX Re's Motion (ECF 189) is hereby suspended, pending the resolution of the timeliness argument as to Johnson's Motion (ECF 188). Accordingly, because Johnson filed his Memorandum in Support of his Motion (ECF 198) on August 21, 2018, CX Re's Opposition is due on or before September 4, 2018. Thereafter, Johnson must file his Reply on or before September 18, 2018.

Despite the informal nature of this letter, it will be flagged as an Opinion and docketed as an Order.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States Magistrate Judge

cc: Judge Roger W. Titus