CHAMBERS OF
**STEPHANIE A. GALLAGHER**
**UNITED STATES MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**
**Fax (410) 962-1812**

September 13, 2018

LETTER TO COUNSEL

        RE:    *CX Reinsurance Company Limited v. Johnson*,
                   Civil No. RWT-15-3132

Dear Counsel:

Presently pending is Defendant Devon S. Johnson's ("Johnson's") Motion for Attorneys' Fees [ECF No. 188] and CX Reinsurance Company Limited's ("CX Re's") Conditional Motion for Attorneys' Fees [ECF No. 189]. As this Court noted in the August 24, 2018, Order, CX Re's request for attorneys' fees is contingent upon the timeliness of Johnson's Motion. *See* [ECF No. 200]. Pursuant to that Order, the briefing on CX Re's Motion for Attorneys' Fees was suspended, pending the resolution of the timeliness argument as to Johnson's Motion. *See id.* This Court ordered CX Re to submit its Opposition to Johnson's Motion on or before September 4, 2018, and ordered Johnson to file his Reply on or before September 18, 2018. *Id.* On August 28, 2018, this Court granted CX Re's Consent Motion for Extension of Time to file its Opposition on or before September 18, 2018, with Johnson's Reply due on or before October 9, 2018. [ECF No. 202].

CX Re now requests a bifurcated briefing schedule on Johnson's Motion, under which the parties would first brief the timeliness issue, and would only brief the merits of the fee motions if this Court finds Johnson's motion timely. [ECF No. 203]. This approach is consistent with the Court's August 24, 2018, Order and would save the parties potentially unnecessary expenses. [ECF No. 200]. Accordingly, CX Re's Opposition to Johnson's Motion regarding timeliness is due on or before September 18, 2018. Thereafter, Johnson must file a Reply to CX Re's timeliness argument on or before October 9, 2018.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States Magistrate Judge